```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/14/21
```

Olinsky Law
*A NATIONAL ...*
www.windisability.c[om]
1-888-WIN-SSDI

... Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

October 12, 2021

*Document Electronically Filed*
Hon. Barbara C. Moses
United States Magistrate Judge
U.S. District Court for the Southern District of New York
United States Courthouse, Courtroom 20A
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

        Re:    Walker o/b/o P.L.C. v. Commissioner of Social Security
                  Civil Action No: 1:20-cv-10374-BCM

Dear Judge Moses:

      This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to file her motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgement on the Pleadings is currently due on October 18, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion. Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

      If this request is granted, Plaintiff's Motion for Judgement on the Pleadings will be due on **December 17, 2021**. Subsequently, in accordance with the pattern of the Standing Order at Dkt. No. 5, the Commissioner's response to the Motion for Judgement on the Pleadings would then be due on or before **February 15, 2022**. Plaintiff's reply, if any, will be due on or before ~~**February 29, 2022.**~~ **March 8, 2022**.

Thank you for your consideration.      Respectfully submitted,

                                                */s/ Howard D. Olinsky*
                                                Howard D. Olinsky, Esq.
                                                Bar Code H06529
                                                Counsel for Plaintiff

CC [via ECF]: Leslie A. Ramirez-Fisher, Esq. (Counsel for Defendant)

**SO ORDERED.**

Dated:   October 14, 2021
          New York, NY                               **Honorable Barbara C. Moses**
                                                          **U.S. Magistrate Judge**