

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE WALKER, *on behalf of P.L.C.*,

        Plaintiff,

        -against-

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

20-CV-10374 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Leslie Walker filed this action pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income on behalf of her minor child P.L.C. The case is before me for all purposes pursuant to 28 U.S.C. § 636(c).

    The Court has carefully reviewed the record, the briefs, and applicable law, and heard oral argument from the parties on September 15, 2022. For the reasons announced on the record at the conclusion of the argument, the Court has determined that the Commissioner's decision was based on the correct legal standards and was supported by substantial evidence. Therefore, plaintiff's motion for judgment on the pleadings (Dkt. 23) is DENIED and the Commissioner's motion for judgment on the pleadings (Dkt. 29) is GRANTED.

    The Clerk of the Court is respectfully directed to close the case.

Dated: New York, New York
       September 15, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**