**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LESLIE WALKER, on behalf of P.L.C.,

                Plaintiff,                20 **CIVIL** 10374 (BCM)

      -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 15, 2022, the Court has carefully reviewed the record, the briefs, and applicable law, and heard oral argument from the parties on September 15, 2022. For the reasons announced on the record at the conclusion of the argument, the Court has determined that the Commissioner's decision was based on the correct legal standards and was supported by substantial evidence. Therefore, plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 15, 2022

                                                                     **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                  **BY:**        *K. Mango*

                                                                         **Deputy Clerk**